IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00148-PAB-BNB

CAROLYN RENEE SMITH,

Plaintiff,

v.

MILGARD MANUFACTURING, INC., d/b/a MILGARD WINDOWS AND DOORS,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Scheduling Conference** [docket no. 8, filed April 1, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling/Planning Conference set for **April 8, 2013**, is **VACATED**.

DATED:  April 3, 2013