IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-00148-PAB-BNB

CAROLYN RENEE SMITH,

    Plaintiff,

v.

MILGARD MANUFACTURING, INC., d/b/a Milgard Windows and Doors,

    Defendant.

_____

**ORDER**
_____

    This matter comes before the Court upon plaintiff's Motion to Administratively Close Case and Stay Proceedings Pending Mediation/Arbitration [Docket No. 7], in which plaintiff states that the parties have "agreed to submitted the dispute set forth in Plaintiff's Amended Complaint and all other issues arising from Plaintiff's employment with Defendant to mediation and arbitration." Docket No. 7 at 2, ¶ 5.

    Having reviewed the matter and being fully advised in the premises, the Court finds that this case should be administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2. Wherefore, it is

    **ORDERED** that the Motion to Administratively Close Case and Stay Proceedings Pending Mediation/Arbitration [Docket No. 7] is granted. It is further

    **ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown. It is further

**ORDERED** that, if no party files a stipulation to dismiss the case or a motion to reopen the case on or before **December 1, 2013**, this case will be dismissed without prejudice without further notice to the parties and without further action by the Court.

DATED April 3, 2013.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge